UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL SISSON,

    Plaintiff,                           Case No. 19-cv-13766
                                         Hon. Matthew F. Leitman
v.

CHARTER COUNTY OF WAYNE, *et al.*,

    Defendants.

_____/

# ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (ECF No. 7) AND ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT

On October 4, 2019, the Court held a hearing on Defendants' Motion to Dismiss (ECF No. 7). For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

- Defendants' Motion to Dismiss (ECF No. 7) is **GRANTED** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**;

- Plaintiff shall file an amended complaint by not later than **December 4, 2019**. Defendants shall have **45 days** after Plaintiff files its amended complaint to respond with an answer or a motion;

- If Defendants file a motion, then Plaintiff shall have **21 days** to file a response brief, and Defendants shall have **14 days** to file a reply brief.

**IT IS SO ORDERED**.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: October 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2019, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764