UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL SISSON,

    Plaintiff,

v.

CHARTER COUNTY OF WAYNE,

    Defendant.

Case No. 18-cv-13766
Hon. Matthew F. Leitman

_____/

# JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint, dated May 20, 2020,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

                      DAVID J. WEAVER
                      CLERK OF COURT

              By:  s/Holly A. Monda
                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 20, 2020
Flint, Michigan

1